**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    MATTHEW CAMPBELL,                        No.  CV 13-05996 JF

9              Plaintiff,                     **ORDER**

10      v.

11   FACEBOOK INC,

12             Defendant.
                                        /

13

14   GOOD CAUSE APPEARING THEREFOR,

15       IT IS ORDERED that this case is reassigned to the **Honorable Phyllis J. Hamilton** in the

16   **Oakland division** for all further proceedings. Counsel are instructed that all future filings shall bear

17   the **initials PJH** immediately after the case number. All hearing dates presently scheduled are

18   vacated and motions should be renoticed for hearing before the judge to whom the case has been

19   reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

20   magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

21   for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

22   Civ. P. 72(b).

23

24                                       FOR THE EXECUTIVE COMMITTEE:

25

26   Dated:  December 30, 2013

                                         Richard W. Wieking
27   rev 4-12                            Clerk of Court

28