UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW CAMPBELL, et al.,

    Plaintiffs,

  v.

FACEBOOK INC.,

    Defendant.

Case No. 13-cv-05996-PJH   (MEJ)

**DISCOVERY ORDER**

Re: Dkt. No. 64

On March 27, 2015, Plaintiffs filed a Request for Discovery Conference Pursuant to Rule 16. Dkt. No. 64. In their request, Plaintiffs note that the March 12, 2015 Minute Order refers this case to a Magistrate Judge for discovery and states that "[a] discovery conference shall take place within 30 days." However, as no discovery disputes have been presented, the Court finds a conference unnecessary at this time. The parties shall comply with the undersigned's Discovery Standing Order.

**IT IS SO ORDERED.**

Dated: March 30, 2015

MARIA-ELENA JAMES
United States Magistrate Judge