**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| MATTHEW CAMPBELL<br><br>　　　　　Plaintiff(s),<br>　v.<br>FACEBOOK INC<br><br>　　　　　Defendant(s). | No. C 13-05996 PJH (MEJ)<br><br>**ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION WITH MAGISTRATE JUDGE MARIA-ELENA JAMES** |

**PLEASE TAKE NOTICE**: At the request and Order of Judge Hamilton, to facilitate Discovery, counsel are hereby **ORDERED** to meet and confer with Magistrate Judge Maria-Elena James on **April 13, 2015, at 9:30 a.m.**, in Courtroom B, 15th floor, 450 Golden Gate Ave., San Francisco, CA. 94102.

Dated: March 31, 2015

_____
Maria-Elena James
United States Magistrate Judge