1

2                        UNITED STATES DISTRICT COURT

3                       NORTHERN DISTRICT OF CALIFORNIA

4

5    MATTHEW CAMPBELL, et al.,                    Case No. 13-cv-05996-PJH   (MEJ)

          Plaintiffs,
6                                                 **DISCOVERY ORDER RE:**
                                                  **SOURCE CODE BRIEFING**
7         v.                                      **SCHEDULE**

8    FACEBOOK INC.,

          Defendant.
9

10

11        On April 13, 2015, the undersigned held a conference with the parties to discuss Plaintiffs'

12   discovery requests related to Facebook's source code.  Based on discussions at the conference, the

13   Court ORDERS the parties to comply with the following schedule:

14        • **By June 1, 2015**, Facebook will produce technical and other relevant documents in

15          response to Plaintiffs' source code discovery requests, which will include a

16          declaration explaining why the produced documents respond to Plaintiffs' requests

17          without producing the source code itself.

18        • The parties will meet and confer following the production, and if Plaintiffs continue

19          to believe that the actual source code should be produced, Plaintiffs may file a

20          motion to compel **by July 2, 2015**.  Facebook will file its **opposition by July 20,**

21          **2015**, and Plaintiffs will file their **reply by July 27, 2015**.  The Court will hold a

22          hearing on the matter **on August 13, 2015 at 10:00 am**.

23        **IT IS SO ORDERED.**

24

25   Dated: April 13, 2015

26        _____

27        MARIA-ELENA JAMES
          United States Magistrate Judge

28

*(Left margin, vertical text: United States District Court / Northern District of California)*