1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7     MATTHEW CAMPBELL, et al.,                    Case No.  13-cv-05996-PJH   (MEJ)

              Plaintiffs,
8                                                  **ORDER RE: PLAINTIFFS' REQUEST
         v.                                        FOR TELEPHONIC DISCOVERY
9                                                  CONFERENCE**

10    FACEBOOK INC.,                               Re: Dkt. No. 84

              Defendant.
11

12

13          On June 5, 2015, Plaintiffs filed a Request for a Telephonic Discovery Conference

14    concerning the deposition of Alex Himel, Defendant Facebook Inc.'s declarant for documents

15    Facebook recently produced to Plaintiffs.  Dkt. No. 84.  Facebook submitted a response the same

16    day.  Dkt. No. 85.  Mr. Himel is evidently unavailable for deposition until July 8, 2015, although

17    the only description for why he is unavailable is an email exchange between the parties' counsel in

18    which Facebook's counsel states that "Mr. Himel is a senior Facebook employee who manages a

19    team of dozens of people and does not have requisite availability for a deposition before then."

20    Rudolph Decl., Ex. A, Dkt. No. 84-2.  To assist the Court in resolving this matter, Facebook has

21    until tomorrow, June 9, 2015 at 5:00 p.m. to file a declaration explaining why Mr. Himel is

22    unavailable until July 8, 2015.

23          **IT IS SO ORDERED.**

24

25    Dated: June 8, 2015

26    _____

27    MARIA-ELENA JAMES
      United States Magistrate Judge

28

United States District Court
Northern District of California