| | |
|---|---|
| Michael W. Sobol (State Bar No. 194857) | Jeremy A. Lieberman |
| msobol@lchb.com | Lesley F. Portnoy |
| Melissa Gardner (State Bar No. 289096) | info@pomlaw.com |
| mgardner@lchb.com | POMERANTZ, LLP |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | 600 Third Avenue, 20th Floor |
| 275 Battery Street, 29th Floor | New York, New York  10016 |
| San Francisco, CA  94111-3339 | Telephone:  212.661.1100 |
| Telephone:  415.956.1000 | Facsimile:  212.661.8665 |
| Facsimile:  415.956.1008 | |
| | Patrick V. Dahlstrom |
| Rachel Geman | pdahlstrom@pomlaw.com |
| rgeman@lchb.com | POMERANTZ, LLP |
| Nicholas Diamand | 10 S. La Salle Street Suite 3505 |
| ndiamand@lchb.com | Chicago, Illinois  60603 |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | Telephone:  312.377.1181 |
| 250 Hudson Street, 8th Floor | Facsimile:  312.377.1184 |
| New York, NY  10013-1413 | |
| Telephone:  212.355.9500 | |
| Facsimile:  212.355.9592 | |

Hank Bates (State Bar No. 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
11311 Arcade Drive
Little Rock, AR 72212
Telephone:  501.312.8500
Facsimile:  501.312.8505

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CAMPBELL, MICHAEL HURLEY, and DAVID SHADPOUR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No.  C 13-5996 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEPOSITION OF ALEX HIMEL AND REMOVING THE CURRENT SOURCE CODE BRIEFING SCHEDULE AND HEARING DATE** |

WHEREAS, in the course of the discovery process, a dispute arose between Plaintiffs and Defendant Facebook, Inc. (the "Parties") regarding the production of Facebook's source code;

WHEREAS, on April 13, 2015, the Court entered a Discovery Order Re: Source Code Briefing Schedule ("April 13, 2015 Order") (Dkt. No. 68);

WHEREAS, a subsequent dispute arose over the availability for deposition of Alex Himel, an employee of Facebook whose declaration accompanied Facebook's source-code-related discovery production of June 1, 2015;

WHEREAS, on June 12, 2015, the Court entered an Order Denying Telephonic Discovery Conference Without Prejudice and Setting Deposition and Briefing Schedule ("June 12, 2015 Order") (Dkt. No. 88), establishing a revised briefing schedule regarding source code production and ordering Alex Himel to appear for deposition on July 1, 2015;

WHEREAS, the Parties have met and conferred, coming to an agreement with regard both to the production of source code and to continuing the deposition of Alex Himel.  Specifically, subject to the entry of an amended protective order governing the treatment of source code, Facebook has agreed to produce source code responsive to Plaintiffs' discovery requests for the time period September 1, 2009 to December 31, 2012.  The Parties have met and conferred in good faith and have not identified any issues of disagreement related to the scope of the source code production.  However, in the event that a dispute arises as to whether particular portions of the source code are responsive or relevant to Plaintiffs' claims, the Parties have agreed to meet and confer in a good-faith attempt to resolve the dispute.  If they cannot reach agreement, the Parties will brief the dispute for the Court.  Accordingly, by agreement of the Parties, the deposition of Alex Himel scheduled for July 1, 2015 has been continued to a date yet to be determined.

NOW, THEREFORE, subject to approval of the Court, the Parties hereby stipulate and request that the Court enter an order allowing the postponement of the deposition of Alex Himel and removing from the calendar the deadlines associated with such briefing set by the Court in its April 13, 2015 Order and as amended in the Court's June 12, 2015 Order, including the hearing date of August 13, 2015.

Respectfully submitted,

Dated: June 26, 2015        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:   /s/ Michael W. Sobol

*Attorneys for Plaintiffs and the Proposed Class*

Dated: June 26, 2015        GIBSON, DUNN, & CRUTCHER, LLP

By:   /s/ Joshua A. Jessen

*Attorneys for Defendant Facebook, Inc.*

### **ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Michael W. Sobol, hereby attest that concurrence in the filing of this document has been obtained from Joshua A. Jessen.

Dated: June 26, 2015        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:   /s/ Michael W. Sobol

*Attorneys for Plaintiffs and the Proposed Class*

# [PROPOSED] ORDER

Having considered the Parties' Stipulation, and good cause appearing, the Court finds that, subject to the entry of an amended protective order governing the treatment of source code, Facebook has agreed to produce source code responsive to Plaintiffs' discovery requests for the time period September 1, 2009 to December 31, 2012.  The Parties have met and conferred in good faith and have not identified any issues of disagreement related to the scope of the source code production.  However, in the event that a dispute arises as to whether particular portions of the source code are responsive or relevant to Plaintiffs' claims, the Parties will meet and confer in a good-faith attempt to resolve the dispute.  If they cannot reach agreement, the Parties will brief the dispute for the Court.

Accordingly, the Court GRANTS the Parties Stipulation.  It is HEREBY ORDERED that: the deposition of Alex Himel scheduled for July 1, 2015 has been continued to a date yet to be determined, Plaintiffs will not file a motion to compel related to the source code at this time, and the deadlines associated with such briefing set by the Court in its April 13, 2015 Order and as amended in the Court's June 12, 2015 Order, including the hearing date of August 13, 2015, shall be taken off calendar.

DATED: June 30, 2015 _____

_____
The Honorable Maria-Elena James
United States Magistrate Judge

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER
CONTINUING THE DEPOSITION OF ALEX HIMEL
AND REMOVING THE CURRENT SOURCE CODE
BRIEFING SCHEDULE