UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CAMPBELL, et al.,<br><br>  Plaintiffs,<br><br>   v.<br><br>FACEBOOK INC.,<br><br>  Defendant. | Case No. 13-cv-05996-PJH   (MEJ)<br><br>**ORDER RE: PLAINTIFF SHADPOUR'S REQUEST TO WITHDRAW AND DEFENDANT'S MOTION TO COMPEL**<br><br>Re: Dkt. No. 89 |

Pending before the Court is the parties' Joint Discovery Letter, in which Plaintiffs seek an Order allowing co-Plaintiff David Shadpour to withdraw from the case pursuant to Federal Rules of Civil Procedure 21 or 41(a)(2), while Defendant Facebook Inc. seeks an Order compelling Mr. Shadpour to sit for deposition and provide discovery responses to outstanding requests before withdrawing from this action.  Dkt. No. 89.  Having reviewed the parties' requests, the undersigned finds these matters go beyond the scope of the discovery referral in this case and are therefore DENIED WITHOUT PREJUDICE to Plaintiffs noticing a motion before the presiding judge, the Honorable Phyllis J. Hamilton, pursuant to Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: July 2, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge