UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW CAMPBELL, et al.,

    Plaintiffs,

    v.

FACEBOOK INC.,

    Defendant.

Case No. 13-cv-05996-PJH

**ORDER RE MOTION TO WITHDRAW CLASS REPRESENTATIVE AND DISMISS CLAIMS**

On July 13, 2015, plaintiffs filed a motion to withdraw plaintiff David Shadpour as a named plaintiff and dismiss his claims without prejudice. The motion was noticed for hearing on September 9, 2015. On August 14, 2015, the parties stipulated to taking the motion off calendar, without prejudice to re-noticing the motion if the dispute was not resolved by September 8, 2015.

In light of the motion not having been re-noticed, and for administrative purposes, the court hereby TERMINATES plaintiffs' motion and defendant's motion to seal portions of its opposition brief. If the parties decide to go forward with the motion, plaintiffs shall contact the courtroom deputy about desired dates for the hearing and then may re-notice the motion for hearing on any available date. In that event, the parties need not re-file the briefs that have already been submitted.

**IT IS SO ORDERED.**

Dated: September 11, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge