# Exhibit B

# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | JOSHUA A. JESSEN, SBN 222831 |
| 2 | JJessen@gibsondunn.com |
| | JEANA BISNAR MAUTE, SBN 290573 |
| 3 | JBisnarMaute@gibsondunn.com |
| | ASHLEY M. ROGERS, SBN 286252 |
| 4 | ARogers@gibsondunn.com |
| | 1881 Page Mill Road |
| 5 | Palo Alto, California 94304 |
| | Telephone:  (650) 849-5300 |
| 6 | Facsimile:   (650) 849-5333 |
| 7 | GIBSON, DUNN & CRUTCHER LLP |
| | GAIL E. LEES, SBN 90363 |
| 8 | GLees@gibsondunn.com |
| | CHRISTOPHER CHORBA, SBN 216692 |
| 9 | CChorba@gibsondunn.com |
| | 333 South Grand Avenue |
| 10 | Los Angeles, California 90071 |
| | Telephone:  (213) 229-7000 |
| 11 | Facsimile:   (213) 229-7520 |
| 12 | Attorneys for Defendant |
| | FACEBOOK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISON

| | |
|---|---|
| MATTHEW CAMPBELL, MICHAEL HURLEY, and DAVID SHADPOUR, | Case No. C 13-05996 PJH (MEJ) |
| Plaintiffs, | **PUTATIVE CLASS ACTION** |
| v. | **DECLARATION OF DALE HARRISON ON BEHALF OF DEFENDANT FACEBOOK, INC.** |
| FACEBOOK, INC., | |
| Defendant. | |

I, Dale Harrison, declare as follows:

1. I have been employed as a software engineer at Facebook since August 2014, and my current title is Engineering Manager. I am over the age of 18. In connection with the above-captioned case, I conducted a search for and extraction of certain data, as described further below, and provided the extracted data to Facebook's counsel, who I understand produced that data to the Plaintiffs in this case. I submit this declaration in response to the Court's Minute Entry following the Telephonic Discovery Hearing on September 29, 2015 (Dkt. 118). Specifically, this declaration explains the time-consuming processes I undertook to gather the data already provided to Plaintiffs, as well as the amount of additional time and burden it would take to attempt to gather the additional data that I understand Plaintiffs are requesting (assuming that it were possible to gather that additional data, which it likely is not, and certainly not without significant additional work, for the reasons described below). Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

**Plaintiffs' Requests for Information**

2. I understand that Plaintiffs in this case asked Facebook to identify:

- A list of all the Objects and Associations created during the process of sending a given Message
- All associated objects, including id, object type, and key/value pair (including for any URLs shared in the message); associations with source object association type, destination object, and key/value pair; database name and tables storing each association and object; each application or feature using each object or association; and how those objects are used by Facebook.
- For each object, identification and production of the Object's attributes.

3. I understand that Plaintiffs seek the above information related to 19 specific messages that Plaintiffs had sent or received. I further understand that Plaintiffs have represented that each of those 19 messages contained a Uniform Resource Locator ("URL")—*i.e.*, a link to a website.

1

**Summary of Search Results and Burden**

4. In connection with Plaintiffs' requests, I was provided with information about 19 messages that Plaintiffs sent or received. The information included the message senders, recipients, dates and times, and URLs contained in the messages. As explained in greater detail below, searching for these messages and extracting the relevant data was a time-consuming and labor-intensive process, and despite my extensive efforts, I was unable to locate 3 of the messages at all.

5. For the 16 messages I did locate, I was able to extract several pieces of information relating to those messages. The information I extracted included:

   a. ███████████████████████████████████
      ███████

   b. ███████████████████████████████████
      ████████████████

   c. ███████████████████████████████████
      ███████████████████████████████
      ███████████████████████████████
      ██████████████████████

   d. ███████████████████████████████████
      ███████████████████████████████
      ███████████████████████████████
      ████████

6. ████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
██████████████████████████████████, which would be responsive to Plaintiffs' request for information about each application or feature using each object or association, and how those objects are used by Facebook.

DECLARATION OF DALE HARRISON ON BEHALF OF DEFENDANT FACEBOOK, INC.
Case No. C 13-05996 PJH (MEJ)

Gibson, Dunn &
Crutcher LLP

7. The Objects identified, extracted, and already produced to Plaintiffs—███████ ████████████████████████████████████████████—are the only Objects created in connection with sharing URLs in messages.

8. Nonetheless, I understand that Facebook has provided to Plaintiffs the additional information I located through my extensive searching—specifically, ████████████████ ███████████ for the 16 messages I located.

9. There is no automated or otherwise reasonable way to go beyond that and identify and gather information about any additional Objects and Associations (if any) that may have been created in connection with these 16 messages. ████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████. Similarly, I am not aware of any automated or otherwise reasonable mechanism for identifying other specific applications or uses of any other potential Objects and Associations. I also have inquired with others within Facebook who would know, and they were unable to identify any automated or reasonable mechanism for locating this information.

**Background on Objects, Associations, and Searchability**

10. I first wish to provide the Court with some background on Facebook and the relevant vocabulary here. Facebook is the world's largest social network and has over 1 billion monthly active users worldwide. Given its size, Facebook's software processes billions of actions per day, which involves processing and storing, in one way or another, billions of pieces of data per day. █ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████

3

1 █████████████████████████████████████████████████

2 █████████████████████████████████████████████████

3 █████████████████████████████

4   11.   ███████████████████████████████████████████

5 █████████████████████████████████████████████████

6 █████████████████████████████████████████████████

7 █████████████████████████████████████████████████

8 █████████████████████████████████████████████████

9   12.   ███████████████████████████████████████████

10 ████████████████████████████████████████████████

11 ██████████████████████████████████████ In my experience, developing such

12 functionality would likely be impossible, and at a minimum it would require hundreds of hours of

13 engineering time.

**Procedure for Extracting the Produced Material**

13.   In order to locate and extract the above data for these messages, I was required to write new software code using ███████████████████████████ ████████ to find information about the messages in Facebook's internal system. Where successful, the results of each search returned information for each message, stored in Facebook's systems. This was a message-by-message exercise. Using this process, I was able to locate, extract, and provide information relating to 16 of the 19 messages. I understand that this information, referred to as ███████████████ was produced to Plaintiffs.

14.   As noted above, despite my best efforts, I was unable to locate 3 of the 19 messages. There are a number of possible reasons for this. For example, for one of the messages, I understand that Plaintiffs were unable to provide ███████████████████████████████████ ████████████████████████████████████████████████████████████████ Without this data, I could not locate the message. It is also possible that Plaintiffs may have deleted certain messages (though I am informed that Plaintiffs represented this was not the case). At any

4

1  rate, as a result of the new code I wrote, I was able to locate information for 16 of the 19 messages
2  selected by Plaintiffs.

3      15.  ███████████████████████████████████████████████████████
4  ███████████████████████████████████████
5  ███████████████████████████████████████
6  ████████████████████████████████████████████
7  ████████████████████████████████████████████
8  ████████████████████████████████████████████
9  ███████████████████████████ Using this process, I was able to locate, extract, and provide
10 ███████████████ relating to 9 of the 16 messages. I understand that this information, referred
11 to as ████████ was produced to Plaintiffs. 7 of the 16 messages did not have a ████████

12     16.  ████████████████████████████████████████
13 ████████████████████████████████████████████
14 ████████████████████████████████████████████
15 ████████████████. Using this process, I was able to locate, extract, and provide information
16 relating to the 9 URLs in the 9 ████████. I understand that this information, referred to as
17 ████████████████ was produced to Plaintiffs.

18     17.  At the request of Facebook's counsel, after providing the above information, █
19 ████████████████████████████████████████████
20 ████████████████████████████████████████████
21 ████████████████████████████████████████████
22 ████████████████████████████████████████
23 ████████████████████████████████████████████
24 ████████████████████████████████████
25 █████  Using this process, I was able to locate, extract, and provide additional information relating
26 to 16 of the 19 messages. I understand that this information, referred to as ████████████ was
27 produced to Plaintiffs.

28

5

DECLARATION OF DALE HARRISON ON BEHALF OF DEFENDANT FACEBOOK, INC.
Case No. C 13-05996 PJH (MEJ)

Gibson, Dunn & Crutcher LLP

18. In total, working with counsel over the course of August and September, I estimate that I spent more than 25 hours writing new code and conducting the manual searches and extractions outlined above.

**Estimated Burden for Identifying and Producing Additional Objects and Associations**

19. I understand that Plaintiffs also seek ***all*** other Objects related to each of the 16 messages that I was able to identify. This is likely impossible. If ordered to do so, ██████████ ██████████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████, it could take hundreds of man hours to do so. Depending on how many objects there are, it could take a much longer period of time.

**Identifying Applications or Features or other Use of Objects and Associations**

20. I understand that Plaintiffs also asked Facebook to identify each application or feature in Facebook that can use the Objects and Associations for each of these messages. ██████ ██████████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████████████████

6

DECLARATION OF DALE HARRISON ON BEHALF OF DEFENDANT FACEBOOK, INC.
Case No. C 13-05996 PJH (MEJ)

Gibson, Dunn & Crutcher LLP

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████. However, the abstract hypothetical question as to all possible uses is likely impossible to answer.

21. The ██████ documentation that Facebook has already produced to Plaintiffs ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████ This information should help Plaintiffs conduct their own review of the relevant source code.

**Hyperlinks Referenced in Produced Documents**

22. I understand that Plaintiffs have also asked Facebook to produce ████████ ██████████████████████████████████████████████████ for the 16 historical messages I extracted. ████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ ████████████████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 6, 2015 in Günzburg, Germany.

                                                   */s/ Dale Harrison*
                                                   Dale Harrison

## ATTORNEY ATTESTATION

I, Joshua A. Jessen, attest that concurrence in the filing of this Declaration of Dale Harrison has been obtained from the signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of October, 2015, in Irvine, California.

Dated: October 6, 2015                              */s/ Joshua A. Jessen*
                                                     Joshua A. Jessen