GIBSON, DUNN & CRUTCHER LLP
JOSHUA A. JESSEN, SBN 222831
JJessen@gibsondunn.com
JEANA BISNAR MAUTE, SBN 290573
JBisnarMaute@gibsondunn.com
ASHLEY M. ROGERS, SBN 286252
ARogers@gibsondunn.com
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

GIBSON, DUNN & CRUTCHER LLP
GAIL E. LEES, SBN 90363
GLees@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
CChorba@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MATTHEW CAMPBELL, MICHAEL HURLEY, and DAVID SHADPOUR,

Plaintiffs,

v.

FACEBOOK, INC.,

Defendant.

Case No. C 13-05996 PJH (MEJ)

**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE REGARDING CERTAIN OF PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS (DKT. 130)**

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE
Case No. C 13-05996 PJH (MEJ)

Upon consideration of Facebook, Inc.'s Motion for Relief pursuant to Local Rule 72-2 and the accompanying declaration of Christopher Chorba, and having given Plaintiffs an opportunity to respond, the Court hereby GRANTS Facebook, Inc.'s Motion for Relief and hereby orders that:

1. In response to Plaintiffs' Request for Production No. 53, Facebook is required to produce only representative documents showing average revenue per user calculations; and
2. In response to Plaintiffs' Request for Production No. 60, Facebook is required to produce only representative documents or alternatively, the parties may stipulate that Facebook made efforts during the relevant time period to encourage website developers to implement the "Like" button social plugin.

IT IS SO ORDERED this _____ day of ___________________, 2015.

___________________________________________
The Honorable Phyllis J. Hamilton
United States District Judge

1

[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE
Case No. C 13-05996 PJH (MEJ)

Gibson, Dunn & Crutcher LLP