UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW CAMPBELL, et al.,

    Plaintiffs,

    v.

FACEBOOK INC.,

    Defendant.

Case No. 13-cv-5996-PJH

**ORDER GRANTING IN PART DEFENDANT'S ADMINISTRATIVE MOTION**

Before the court is defendant's administrative motion to enlarge the page limit for its opposition to plaintiffs' motion for class certification, filed on January 4, 2016. See Dkt. 143. Defendant requests an additional 15 pages (i.e., 40 total pages) for its opposition brief, arguing the additional pages are needed to address plaintiffs' arguments regarding "new practices and functionalities that were not mentioned anywhere in the operative complaint," and to object to a report submitted by plaintiffs' damages expert.

Plaintiffs oppose the motion, arguing that defendant has not adequately explained why the above issues cannot be satisfactorily addressed within the page limit.

The court finds that defendant has not adequately supported its request for an additional 15 pages, which represents a 60 percent increase in its page limit. However, the court GRANTS defendant's motion in part, and will increase the page limit for defendant's opposition by five pages (for a total of 30 pages), and will correspondingly increase the page limit for plaintiffs' reply by five pages (for a total of 20).

Finally, the court notes an issue with the readability of plaintiffs' opposition to defendant's administrative motion (Dkt. 144). The font appears to be narrow and

1  compressed, and is noticeably different than the font used in plaintiffs' motion for class
2  certification (Dkt. 138).  When filing their reply in support of class certification, plaintiffs
3  shall use the same font that was used in their motion for class certification.
4  **IT IS SO ORDERED.**
5  Dated:  January 7, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge