UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

Date: March 16, 2016 (Time: 2 hours 39 minutes)    JUDGE:  Phyllis J. Hamilton

Case No: 13-cv-05996-PJH
Case Name: Campbell, et al. v. Facebook, Inc.

Attorney(s) for Plaintiff:       Michael Sobol; Hank Bates; David Rudolph; Melissa Gardner
Attorney(s) for Defendant:    Christopher Chorba; Joshua Jessen; Jeana Maute; Priyanka Rajagopalan

Deputy Clerk: Nichole Peric          Court Reporter: Victoria Valine

### PROCEEDINGS

Plaintiffs' Motion for Class Certification-Held.  The Court takes the matter under submission.

The Court informs the parties that all of the administrative motions to seal (docket nos. 137, 147, 166, 169 and 171) are denied without prejudice to filing a limited, narrowly tailored request for sealing as stated on the record.  The briefs shall be filed unredacted in the public record by Monday 3/21/16.  The Court will allow redactions of source code, names, addresses and phone numbers without a Court order.  A new motion must be filed for any request to seal trade secrets.

Order to be prepared by:    [] Pl [] Def [x] Court

Notes:

cc: chambers