UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW CAMPBELL, et al.,

    Plaintiffs,

  v.

FACEBOOK INC.,

    Defendant.

Case No. 13-cv-05996-PJH   (MEJ)

**ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION**

The Court is in receipt of Plaintiffs' request for a telephonic discovery conference. Dkt. No. 186. In the request, Plaintiffs seek a conference for the purpose of obtaining an order that Facebook provide its portions of four letter briefs. Pursuant to the undersigned's Discovery Standing Order, the parties must meet and confer in person in an attempt to resolve any discovery disputes. If unable to reach a resolution, they may then file a joint letter. This process requires the parties to distill the issues and frame their arguments in a manner that allows the Court to rule on them efficiently.

Having reviewed the request, the Court ORDERS the parties to meet and confer in person on May 23, 2016 at 9:00 a.m. a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall come prepared to meaningfully discuss and resolve their disputes. If unable to resolve the dispute, the parties shall draft a joint letter at the session in compliance with paragraph 2 of the Standing Order. Thus, the parties are ORDERED to bring any necessary equipment to draft the letter and present it to the Deputy Clerk for electronic filing.

If the parties meet and confer in person and resolve their disputes or file a joint letter prior to May 23, they shall jointly request that the Court vacate the meet and confer session.

**IT IS SO ORDERED.**

Dated: May 12, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge