1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CAMPBELL and MICHAEL HURLEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No.  4:13-cv-05996-PJH (MEJ) <br><br> **[PROPOSED] ORDER REGARDING STIPULATION REGARDING REMOVAL OF REFERENCES TO PLAINTIFFS' PREVIOUSLY DISMISSED CLAIMS IN THE SECOND AMENDED CLASS ACTION COMPLAINT** |

Having considered the Parties' Stipulation Regarding Removal Of References To Plaintiffs' Previously Dismissed Claims In The Second Amended Class Action Complaint (Dkt. No. 195), and good cause appearing, the Court hereby GRANTS the Parties' stipulation.

It is HEREBY ORDERED that Plaintiffs may remove references to the dismissed California Invasion of Privacy Act section 632 and California Business and Professions Code section 17200 claims, as well as to the voluntarily dismissed claims of Mr. Shadpour, in Plaintiffs' Second Amended Class Action Complaint (Dkt. No. 196).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 6/9/16

The Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED.*
Judge Phyllis J. Hamilton

- 1 -

[PROPOSED] ORDER RE STIP RE PLAINTIFFS'
PREVIOUSLY DISMISSED CLAIMS IN SECOND
AMENDED CLASS ACTION COMPLAINT
CASE NO. 4:13-CV-05996-PJH (MEJ)