Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
David T. Rudolph (State Bar No. 233457)
drudolph@lchb.com
Melissa Gardner (State Bar No. 289096)
mgardner@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Hank Bates (State Bar No. 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
11311 Arcade Drive
Little Rock, AR 72212
Telephone:  501.312.8500
Facsimile: 501.312.8505

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CAMPBELL and MICHAEL HURLEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. C 13-05996 PJH (SK) <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE MOTIONS TO COMPEL DISCOVERY** <br><br> Judge:     Honorable Phyllis Hamilton |

Pursuant to Civil Local Rule 7-11 and 79-5(c) and (d), and in compliance with the Amended Stipulated Protective Order entered in this action (Dkt. 93), Plaintiffs respectfully request an order from the Court authorizing the filing of certain information under seal. Specifically, Plaintiffs seek an order to seal portions of (1) Plaintiffs' Motion to Compel Production of Source Code, (2) Plaintiffs' Motion to Compel Production of Configuration Tables; (3) Plaintiffs' Motion to Compel Production of Documents; (4) the August 1, 2016 Declaration of Dr. Jennifer Golbeck in support of Plaintiffs' Motion to Compel Production of Configuration Tables, and (5) Exhibits 1 and 11 to the Declaration of David T. Rudolph in Support of Plaintiffs' Motions to Compel Discovery ("Rudolph Decl."). In addition, Plaintiffs request that Rudolph Decl. Exhibits 5, 7-10, and 12 be sealed in their entirety.

The documents for which Plaintiffs seek a sealing order are attached to the Declaration of Melissa Gardner submitted in support of this Motion, with yellow highlighting to indicate where redactions are proposed, as follows:

| | | |
|---|---|---|
| Exhibit A: | Motion to Compel Production of Source Code (highlighted) |
| Exhibit B: | Motion to Compel Production of Source Code (redacted) |
| Exhibit C: | Motion to Compel Production of Configuration Tables (highlighted) |
| Exhibit D: | Motion to Compel Production of Configuration Tables (redacted) |
| Exhibit E: | Motion to Compel Production of Documents (highlighted) |
| Exhibit F: | Motion to Compel Production of Documents (redacted) |
| Exhibit G: | August 1, 2016 Golbeck Declaration (highlighted) |
| Exhibit H: | August 1, 2016 Golbeck Declaration (redacted) |
| Exhibit I: | Rudolph Decl. Exhibit 1 (highlighted) |
| Exhibit J: | Rudolph Decl. Exhibit 1 (redacted) |
| Exhibit K: | Rudolph Decl. Exhibit 11 (highlighted) |
| Exhibit L: | Rudolph Decl. Exhibit 11 (redacted) |
| Exhibit M: | Rudolph Decl. Exhibit 5 |
| Exhibit N: | Rudolph Decl. Exhibit 7 |
| Exhibit O: | Rudolph Decl. Exhibit 8 |

1     <u>Exhibit P</u>:     Rudolph Decl. Exhibit 9

2     <u>Exhibit Q</u>:     Rudolph Decl. Exhibit 10

3     <u>Exhibit R</u>:     Rudolph Decl. Exhibit 12

4     As described in the Gardner Declaration, Plaintiffs seek an order to seal these documents, or designated portions thereof, on the grounds that the documents contain information that Defendant has designated "HIGHLY CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

    As the party seeking protection in the context of non-dispositive motion practice, Defendant "bears the burden of showing specific prejudice or harm will result if no protective order is granted." *Real Action Paintball, Inc. v. Advanced Tactical Ordnance Sys., LLC*, No. 14-2435, 2015 WL 1534049, at *2 (N.D. Cal. Apr. 2, 2015). Plaintiffs take no position on whether the text or documents designated herein satisfy the requirements for sealing, and specifically reserve the right to challenge any "HIGHLY CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" designation by Defendant.

    Pursuant to this Court's Standing Order for Cases Involving Confidential Documents, ¶ 3, Defendant must show good cause for sealing the documents upon which it has placed a confidentiality designation by submitting a declaration within seven days after the lodging of the designated documents. *See also* Civil Local Rule 79-5(e).

Dated: August 2, 2016         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                  By:    */s/ Melissa Gardner*
                                        Melissa Gardner

Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
Melissa Gardner (State Bar No. 289096)
mgardner@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

|   |   |
|---|---|
| 1 | Rachel Geman |
|   | rgeman@lchb.com |
| 2 | Nicholas Diamand |
|   | ndiamand@lchb.com |
| 3 | 250 Hudson Street, 8th Floor |
|   | New York, NY  10013-1413 |
| 4 | Telephone:  212.355.9500 |
|   | Facsimile:  212.355.9592 |

CARNEY BATES & PULLIAM, PLLC

Hank Bates  (State Bar No. 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
11311 Arcade Drive
Little Rock, AR 72212
Telephone:  501.312.8500
Facsimile:  501.312.8505

*Attorneys for Plaintiffs and the Class*