1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MATTHEW CAMPBELL and MICHAEL HURLEY, on behalf of themselves and all others similarly situated, | Case No. C 13-05996 PJH (SK) |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE MOTIONS TO COMPEL DISCOVERY** |
| v. | |
| FACEBOOK, INC., | Judge: Honorable Phyllis J. Hamilton |
| Defendant. | |

Having considered Plaintiffs' August 2, 2016 administrative motion to file under seal pursuant to Civil Local Rule 79-5, all materials submitted in support thereof, and other records on file, the Court hereby GRANTS the administrative motion to file under seal, as follows.

The Court authorizes the filing under seal of the following material: Exhibits 5, 7-10, and 12 to the Declaration of David Rudolph in support of Plaintiffs' Motions to Compel Discovery, in their entirety, as well as the below designated portions of (1) Plaintiffs' Motion to Compel Production of Source Code; (2) Plaintiffs' Motion to Compel Configuration Tables; (3) Plaintiffs' Motion to Compel Production of Documents; (4) the August 1, 2016 Declaration of Dr. Jennifer Golbeck; (5) Exhibit 1; and (6) Exhibit 11, to the Rudolph Declaration:

| Document | Sealable Portions |
|---|---|
| (1) Plaintiffs' Motion to Compel Production of Source Code | 6:2-3, 6:22, fn. 12 at 6:23-24<br>7:3; 7:3; 7:4, fn. 16 at 7:24<br>9:4-5, 9:22, fn. 26 at 9:25-26 |
| (2) Plaintiffs' Motion to Compel Configuration Tables | 1:14-15, 1:19, 1:22<br>3:13-14, 3:22, fn. 8 at 3:26-28<br>4:1-2, 4:6-8, 4:11, 4:12-13, fn. 12 at 25-26<br>5:8-11, 5:12-15, 5:17, 5:19, 5:20, fn. 16 at 25, fn. 17 at 27, fn. 18 at 27.<br>6:1, 6:4-6, 6:8, 6:10-11, 6:14, 6:16-17, fn, 20 at 21, fn. 21 at 23-24<br>7:15, 7:17-21<br>8:4-6, 8:88-11, 8:15-17, 8:19, fn. 31 at 8:27<br>Fn. 32 at 9:26 |
| (3) Plaintiffs' Motion to Compel Production of Documents | Fn. 2 at 1:17<br>2:26<br>4:8-9, 4:11-16<br>Fn. 10 at 5:22, fn. 11.at 5:23, fn. 12 at 5:24, fn. 13 at 5:25<br>6:5-6, 6:9, 6:12-13, 6:17-18<br>7:3-11<br>8:3-4, 8:8, 8:15, fn. 28 at 8: 17-19, fn. 29 at 8:21-22, fn. 30 8:23, 8:26-27<br>Fn. 32 at 9:26<br>10:5, 10:12-15, fn. 25 at 10:25, fn. 26 at 10:27-28<br>Search terms contained in table in Appendix A |
| (4) August 1, 2016 Declaration of Dr. Jennifer Golbeck | 5:9-21, 5:25, 5:27<br>6:1-2, 6:7, 6:14-17, 6:20-28<br>7:2 |
| (5) Rudolph Decl., Ex. 1 | Search terms contained in tables in pp 1-20 |
| (6) Rudolph Decl., Ex. 11 | Search terms contained in table in Appendix |

1 | **It is so ORDERED.**

3 | Dated: _____   _____
Phyllis J. Hamilton
United States District Judge

- 3 -

[PROPOSED] ORDER GRANTING
ADMIN. MOTION TO SEAL
CASE NO. 13-CV-05996-PJH (SK)