1  Michael W. Sobol (State Bar No. 194857)
   msobol@lchb.com
2  David T. Rudolph (State Bar No. 233457)
   drudolph@lchb.com
3  Melissa Gardner (State Bar No. 289096)
   mgardner@lchb.com
4  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, CA  94111-3339
   Telephone:  415.956.1000
6  Facsimile:  415.956.1008

7  Hank Bates (State Bar No. 167688)
   hbates@cbplaw.com
8  Allen Carney
   acarney@cbplaw.com
9  David Slade
   dslade@cbplaw.com
10 CARNEY BATES & PULLIAM, PLLC
   11311 Arcade Drive
11 Little Rock, AR 72212
   Telephone:  501.312.8500
12 Facsimile: 501.312.8505

13 *Attorneys for Plaintiffs and the Class*

14
15                    UNITED STATES DISTRICT COURT
16                   NORTHERN DISTRICT OF CALIFORNIA
17

18 | | |
|---|---|
| MATTHEW CAMPBELL and MICHAEL HURLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No.  C 13-05996 PJH (SK)<br><br>**DECLARATION OF MELISSA GARDNER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL RE MOTIONS TO COMPEL DISCOVERY**<br><br>Judge: Honorable Phyllis J. Hamilton |

25
26
27
28

I, Melissa Gardner, declare:

1. I am an attorney in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, and a member of the State Bar of California. I am admitted to practice before this Court. I am one of counsel for Plaintiffs in this action. I make this declaration based upon my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein. I submit this Declaration in Support of Plaintiffs' Administrative Motion to File Under Seal re Motions to Compel Discovery.

2. Attached hereto as **Exhibit A** is a true and correct copy of the unredacted version of Plaintiffs' Motion to Compel Production of Source Code. Highlighted text in Exhibit A is text that Plaintiffs have redacted on the grounds that it contains information that Defendant (the designating party) has designated "HIGHLY CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." Attached hereto as **Exhibit B** is a true and correct copy of Exhibit A with the proposed redactions applied.

3. Attached hereto as **Exhibit C** is a true and correct copy of the unredacted version of Plaintiffs' Motion to Compel Production of Configuration Tables. Highlighted text in Exhibit C is text that Plaintiffs propose to redact on the grounds that it contains information that Defendant (the designating party) has designated "HIGHLY CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." Attached hereto as **Exhibit D** is a true and correct copy of Exhibit C with the proposed redactions applied.

4. Attached hereto as **Exhibit E** is a true and correct copy of the unredacted version of Plaintiffs' Motion to Compel Production of Documents. Highlighted text in Exhibit E is text that Plaintiffs propose to redact on the grounds that it contains information that Defendant (the designating party) has designated "HIGHLY CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." Attached hereto as **Exhibit F** is a true and correct copy of Exhibit E with the proposed redactions applied.

5. Attached hereto as **Exhibit G** is a true and correct copy of the unredacted version of the August 1, 2016 Declaration of Dr. Jennifer Golbeck in support of Plaintiffs' Motion to Compel Production of Configuration Tables. Highlighted text in Exhibit G is text that Plaintiffs

1  propose to redact on the grounds that it contains information that Defendant (the designating

2  party) has designated "HIGHLY CONFIDENTIAL" or "HIGHLY CONFIDENTIAL –

3  ATTORNEYS' EYES ONLY."  Attached hereto as **Exhibit H** is a true and correct copy of

4  Exhibit G with the proposed redactions applied.

5        6.      Attached hereto as **Exhibit I** is a true and correct copy of the unredacted version of

6  Exhibit 1 to the Rudolph Declaration, correspondence dated June 10, 2016 – June 28, 2016

7  between counsel for the parties.  Highlighted text in Exhibit I is text that Plaintiffs propose to

8  redact on the grounds that it contains information that Defendant (the designating party) has

9  designated "HIGHLY CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS'

10 EYES ONLY."  Attached hereto as **Exhibit J** is a true and correct copy of Exhibit I with the

11 proposed redactions applied.

12       7.      Attached hereto as **Exhibit K** is a true and correct copy of the unredacted version

13 of Exhibit 11 to the Rudolph Declaration, correspondence dated May 13, 2015 from counsel for

14 Defendant.  Highlighted text in Exhibit K is text that Plaintiffs propose to redact on the grounds

15 that it contains information that Defendant (the designating party) has designated "HIGHLY

16 CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."  Attached

17 hereto as **Exhibit L** is a true and correct copy of Exhibit K with the proposed redactions applied.

18       8.      Attached hereto as **M, N, O, and P** are true and correct copies of Exhibits 5, 7, 8,

19 and 9, respectively, to the Declaration of David T. Rudolph in support of Plaintiffs' Motions to

20 Compel Discovery ("Rudolph Declaration").  Plaintiffs seek an order to seal these documents

21 their entirety on the grounds that Defendant (the designating party) has designated the documents

22 "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

23       9.      Attached hereto as **Exhibit Q** is a true and correct copy of Exhibit 10 to the

24 Rudolph Declaration.  Plaintiffs seek an order to seal this document in its entirety on the grounds

25 that Defendant (the designating party) has designated the document "HIGHLY CONFIDENTIAL

26 – ATTORNEYS' EYES ONLY. CONTAINS SOURCE CODE."

27       10.     Attached hereto as **Exhibit R** is a true and correct copy of Exhibit 12 to the

28 Rudolph Declaration.  Plaintiffs seek an order to seal this document in its entirety on the grounds

DECLARATION OF MELISSA GARDNER IN
SUPPORT OF MOTION TO SEAL
CASE NO. 13-CV-05996-PJH (SK)

that Defendant (the designating party) has designated the document "HIGHLY CONFIDENTIAL."

11.     Plaintiffs take no position on whether the text and exhibits designated herein satisfy the requirements for sealing. Plaintiffs specifically reserve the right to challenge any "HIGHLY CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" designation under the Stipulated Protective Order as well as the sealability of these documents under Civil Local Rule 79-5.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of August, 2016, in San Francisco, California.

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:     */s/Melissa Gardner*
        Melissa Gardner