UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CAMPBELL and MICHAEL HURLEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. C 13-05996 PJH (SK) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL SOURCE CODE** <br><br> Judge: Honorable Phyllis J. Hamilton |

Having considered Plaintiffs' Motion to Compel Source Code, all materials submitted in support thereof, and other records on file, the Court hereby GRANTS the Motion, and FINDS as follows:

1. Plaintiffs request that Facebook supplement its current source code production by producing all relevant source code from January 2013 to May 18, 2016.

2. To date, Facebook has produced the relevant portions of its source code through December 31, 2012.

3. Given the centrality of the source code to this case and the limited scope of code Plaintiffs request, production of this source code is proportional to the needs of the case pursuant to Fed. R. Civ. P. 26(b)(1). The parties have already implemented extensive source code

protocols, and Facebook need only to deposit updated code on the existing review computer. Facebook has ample resources to do so, and Plaintiff have no other means of accessing this information, and thus the benefit of this discovery outweighs the relative burden or expense, pursuant to Fed. R. Civ. P. 26(b)(2).

Accordingly, the Court **ORDERS** as follows:

1. Facebook shall produce all relevant source code from January 2013 to May 18, 2016.

2. The source code shall be deposited on the existing review computer utilized by the parties within two weeks of this Order.

**It is so ORDERED.**

Dated: _____     _____
                          Phyllis J. Hamilton
                          United States District Judge