Theodore H. Frank (SBN 196332)
William I. Chamberlain (SBN 306046)
  (Only admitted in California; practice directly
  supervised by members of the D.C. Bar)
**COMPETITIVE ENTERPRISE INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS**
1310 L Street, NW, 7th Floor
Washington, DC 20005
Voice: (202) 331-2263
Email: ted.frank@cei.org
Email: will.chamberlain@cei.org
*Attorneys for Objector Anna St. John*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW CAMPBELL, MICHAEL HURLEY, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

FACEBOOK INC.,

    Defendant.

ANNA ST. JOHN,

    Objector.

Case No. 4:13-cv-5996-PJH

**DECLARATION OF ANNA ST. JOHN**

| | |
|---|---|
| Date: | August 9, 2017 |
| Time: | 9:00 a.m. |
| Courtroom: | 3, 3rd Floor |
| Judge: | Hon. Phyllis J. Hamilton |

I, Anna St. John, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as witness, could and would testify competently thereto.

2. My full legal name is Anna Elizabeth Wagner St. John. My business address is Competitive Enterprise Institute, 1310 L Street NW, 7th Floor, Washington, DC 20005. My telephone number is (917) 327-2392. My email address is anna.stjohn@cei.org.

3. I am a natural-person Facebook user located in the United States.

4. On multiple occasions from December 30, 2011 to March 1, 2017, including on or about June 4, 2012, August 5, 2012, November 21, 2012, June 24, 2015, and September 6, 2015, I sent or received private messages on Facebook to or from another Facebook user that included a URL in its content and from which Facebook generated a URL attachment.

5. I am not a director, officer, agent, or employee of Facebook or its subsidiaries and affiliated companies. I am not a member of the Court's immediate family or the Court staff, nor an immediate family member or staff member of any appellate court to which this matter may eventually be assigned.

6. I have engaged my colleagues at the Competitive Enterprise Institute's Center for Class Action Fairness ("CCAF") to represent me in this matter. Attorneys who assisted or had other involvement with this objection are Theodore H. Frank, Melissa A. Holyoak, Adam E. Schulman, M. Frank Bednarz, and William I. Chamberlain. I intend to appear through counsel at the fairness hearing currently scheduled for August 9, 2017.

7. I bring this objection in good faith to prevent approval of an unfair settlement. Unlike many objectors who attempt or threaten to disrupt a settlement unless plaintiffs' attorneys buy them off with a share of attorneys' fees, CCAF does not engage in *quid pro quo* settlements and will not withdraw an objection or appeal in exchange for payment.

8. Thus, if contrary to CCAF's practices and recommendation, I agree to withdraw my objection or any subsequent appeal for a payment by plaintiffs' attorneys or the defendant paid to me or any person or entity related to me in any way without court approval, I hereby irrevocably waive

any and all defenses to a motion seeking disgorgement to the class of any and all funds paid in exchange for dismissing my appeal. In addition, if this Court has any skepticism about my motives, I am happy to stipulate to an injunction forbidding me from seeking compensation for settling my objection at any stage without court approval.

9. The specific grounds of my objection are identified in the memorandum to be filed by my attorney contemporaneously with this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 26, 2017, in New Orleans, Louisiana.

*Anna St. John*
Anna St. John