GIBSON, DUNN & CRUTCHER LLP
JOSHUA A. JESSEN, SBN 222831
JJessen@gibsondunn.com
JEANA BISNAR MAUTE, SBN 290573
JBisnarMaute@gibsondunn.com
ASHLEY M. ROGERS, SBN 286252
ARogers@gibsondunn.com
1881 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 849-5300
Facsimile:   (650) 849-5333

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
CChorba@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  (213) 229-7000
Facsimile:   (213) 229-7520

*Attorneys for Defendant Facebook, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MATTHEW CAMPBELL and MICHAEL HURLEY,<br><br>                    Plaintiffs,<br><br>     v.<br><br>FACEBOOK, INC.,<br><br>                    Defendant. | Case No. C 13-05996 PJH-SK<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JOSHUA JESSEN IN SUPPORT OF FACEBOOK'S STATEMENT IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND RESPONSE TO OBJECTION** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF JOSHUA JESSEN IN SUPPORT OF FACEBOOK'S STATEMENT IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND RESPONSE TO OBJECTION
Case No. 13-05996 PJH-SK

I, Joshua Jessen, declare as follows:

1. I am an attorney admitted to practice law before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys responsible for representing Defendant Facebook, Inc. ("Facebook") in the above-captioned action. I submit this declaration in support of Facebook's Statement in Support of Final Approval of Class Action Settlement and Response to Objection. The following facts are within my personal knowledge or based on knowledge I have acquired from knowledgeable Facebook personnel, and, if called and sworn as a witness, I could and would testify competently to these facts.

2. Attached as Exhibit 1 is a true and correct copy of the reporter's transcript of the Court's hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, on April 19, 2017.

3. Attached as Exhibit 2 is a true and correct copy of Facebook's current Data Policy (available at https://www.facebook.com/full_data_use_policy). In January 2015, the Data Policy was updated to state that Facebook collects "the content and other information" that people provide when they use Facebook, including when they "message or communicate with others," and to explain the ways in which Facebook may use that content.

4. The chart below reflects data from Facebook logs of sessions on the Facebook Help Center webpage relevant to the proposed Settlement (that is, the page on which the additional explanatory language referenced in paragraph 40(d) of the Settlement Agreement will be included). A "session" is a series of actions (e.g., a visit to a page) taken by a user in a short period of time. The chart reflects that, in the first six months of 2017, the relevant webpage was visited 369,159 times in the Unites States.

| Time Period | Sessions |
|---|---|
| Jan-17 | 50,353 |
| Feb-17 | 73,528 |
| Mar-17 | 79,498 |
| Apr-17 | 48,232 |
| May-17 | 65,561 |
| Jun-17 | 51,987 |
| **2017 - Q1 Total** | **203,379** |
| **2017 - Q2 Total** | **165,780** |
| **2017 - H1 Total** | **369,159** |

1

Gibson, Dunn & Crutcher LLP

DECLARATION OF JOSHUA JESSEN IN SUPPORT OF FACEBOOK'S STATEMENT
IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND RESPONSE TO OBJECTION
Case No. 13-05996 PJH-SK

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 10, 2017 in Irvine, California.

                 _____Joshua A. Jessen_____
                      Joshua A. Jessen

## **ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Christopher Chorba, hereby attest that concurrence in the filing of this document has been obtained from Joshua A. Jessen.

Dated:  July 10, 2017       GIBSON, DUNN & CRUTCHER LLP

               By: ____Christopher Chorba_____
                   Christopher Chorba

               *Attorney for Defendant Facebook, Inc.*

Gibson, Dunn & Crutcher LLP

2

DECLARATION OF JOSHUA JESSEN IN SUPPORT OF FACEBOOK'S STATEMENT IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND RESPONSE TO OBJECTION
Case No. 13-05996 PJH-SK