UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** August 9, 2017 (Time: 40 minutes)     **JUDGE:** Phyllis J. Hamilton

**Case No:** 13-cv-05996-PJH
**Case Name:** Campbell, et al. v. Facebook Inc.

**Attorney(s) for Plaintiff:**     Hank Bates; Melissa Gardner; David Rudolph
**Attorney(s) for Defendant:**   Christopher Chorba; Joshua Jessen; Jeana Maute

**Deputy Clerk:** Kelly Collins        **Court Reporter:** Sarah Goekler

### PROCEEDINGS

Plaintiffs' Motion for Final Approval of Class Action Settlement-GRANTED as stated on the record.

Plaintiffs' Motion for an Award of Attorney Fees and Costs-GRANTED as stated on the record.

The Court will issue a supplement to the proposed orders regarding impact of the cases relied upon by the objector.

**Order to be prepared by:**   [] Pl [] Def [X] Court

**Notes:**

**cc:** chambers