# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CAMPBELL and MICHAEL HURLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | Case No. 4:13-cv-05996-PJH-SK<br><br>**[PROPOSED] FINAL JUDGMENT** |

1  Judgment is hereby entered consistent with the Court's Order Granting Final Approval To Class Action Settlement; Granting Motion For Attorneys' Fees And Service Awards (Dkt. No. 251), and Order Granting Final Approval To Class Action Settlement As Modified, dated August 18, 2017 (Dkt. No. 252).  This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

JUDGMENT APPROVED AS TO FORM BY:

Dated:  _____              _____
                                                                              HONORABLE PHYLLIS J. HAMILTON
                                                                              UNITED STATES DISTRICT JUDGE


JUDGMENT ENTERED: _____, 2017
By:  CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA