UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CAMPBELL and MICHAEL HURLEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 4:13-cv-05996-PJH <br><br> [PROPOSED] FINAL JUDGMENT |

Judgment is hereby entered consistent with the Court's Order Granting Final Approval To Class Action Settlement; Granting Motion For Attorneys' Fees And Service Awards (Dkt. No. 251), and Order Granting Final Approval To Class Action Settlement As Modified, dated August 18, 2017 (Dkt. No. 252). This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

JUDGMENT APPROVED AS TO FORM BY:

Dated: August 24, 2017

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

JUDGMENT ENTERED: August 24, 2017
By: CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA