Theodore H. Frank (SBN 196332)
William I. Chamberlain (SBN 306046)
  (Only admitted in California; practice directly
  supervised by members of the D.C. Bar)
**COMPETITIVE ENTERPRISE INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS**
1310 L Street, NW, 7th Floor
Washington, DC 20005
Voice: (202) 331-2263
Email: ted.frank@cei.org
Email: will.chamberlain@cei.org
*Attorneys for Objector Anna St. John*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTHEW CAMPBELL, MICHAEL HURLEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK INC.,<br><br>Defendant.<br><br>ANNA ST. JOHN,<br><br>Objector. | Case No. 4:13-cv-5996-PJH<br><br>**OBJECTOR'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>Judge: Hon. Phyllis J. Hamilton |

Case No. 4:13-cv-5996-PJH

OBJECTOR'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT

Class member Anna St. John gives notice that she appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Final Judgment, Dkt. No. 258, entered on August 24, 2017, and from all opinions and orders that merge therein, including but not limited to: the Court's Order Granting Final Approval to Class Action Settlement and Granting Motion for Attorneys' Fees and Service Awards, Dkt. No. 251, dated August 18, 2017; the Court's Order Granting Final Approval to Class Action Settlement as Modified, Dkt. No. 252, dated August 18, 2017; and the Court's Order Granting Plaintiffs' Unopposed Motion for an Award of Attorneys' Fees and Costs and Service Awards, Dkt. No. 253, August 18, 2017.

Objector-Appellant's Representation Statement is attached to this notice as required by Ninth Circuit Rule 3-2(b).

Dated: September 15, 2017.          Respectfully submitted,

*/s/ William I. Chamberlain*
Theodore H. Frank (SBN 196332)
William I. Chamberlain (SBN 306046)
   (Only admitted in California; practice directly
   supervised by members of the D.C. Bar.)
**COMPETITIVE ENTERPRISE INSTITUTE
   CENTER FOR CLASS ACTION FAIRNESS**
1310 L Street NW, 7th Floor
Washington, DC 20005
Email: ted.frank@cei.org
Email: will.chamberlain@cei.org
Voice: (202) 331-2263

*Attorneys for Objector Anna St. John*

**REPRESENTATION STATEMENT**

The undersigned represent Objector-Appellant Anna St. John and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Objector-Appellant submits this Representation Statement. The following list identifies the parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, fax number (where available), and e-mail, where appropriate.

Plaintiff-appellees Matthew Campbell and Michael Hurley are represented by:

| | |
|---|---|
| David Taylor Rudolph<br>Melissa Ann Gardner<br>Michael W. Sobol<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>415-956-1000<br>Fax: 415-956-1005<br>Email: drudolph@lchb.com<br>Email: mgardner@lchb.com<br>Email: msobol@lchb.com | Nicholas Diamand<br>Rachel Geman<br>Lieff Cabraser Heimann & Bernstein, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>212-355-9500<br>Fax: 212-335-9592<br>Email: ndiamand@lchb.com<br>Email: rgeman@lchb.com |
| James Allen Carney<br>Joseph Henry Bates, III<br>David F. Slade<br>Carney Bates & Pulliam, PLLC<br>519 W 7th Street<br>Little Rock, AR 72201<br>501-312-8500<br>Fax: 501-312-8505<br>Email: acarney@cbplaw.com<br>Email: hbates@cbplaw.com<br>Email: dslade@cbplaw.com | Jeremy A. Lieberman<br>Lesley F. Portney<br>Pomerantz, LLP<br>600 Third Avenue, 20th Floor<br>New York, NY 10016<br>212-661-1100<br>Fax: 212-661-8665<br>Email: jalieberman@pomlaw.com |

Defendant-appellee Facebook Inc. is represented by:

| | |
|---|---|
| Christopher Chorba<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>213-229-7000<br>Fax: 213-229-7520<br>Email: cchorba@gibsondunn.com | Jeana Marie Bisnar Maute<br>Ashley Marie Rogers<br>Priyanka Rajagopalan<br>Gibson, Dunn & Crutcher LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304-1211<br>650-849-5348<br>Fax: 650-849-5086<br>Email: jbisnarmaute@gibsondunn.com<br>Email: arogers@gibsondunn.com<br>Email: prajagopalan@gibsondunn.com |
| Joshua Aaron Jessen<br>Gibson, Dunn & Crutcher LLP<br>3161 Michelson Drive, Suite 1200<br>Irvine, CA 92612<br>949-451-3800<br>Fax: 949-451-4220<br>Email: jjessen@gibsondunn.com | |

Dated: September 15, 2017.          Respectfully submitted,

  */s/ William I. Chamberlain*
Theodore H. Frank (SBN 196332)
William I. Chamberlain (SBN 306046)
    (Only admitted in California; practice directly
    supervised by members of the D.C. Bar.)
**COMPETITIVE ENTERPRISE INSTITUTE
    CENTER FOR CLASS ACTION FAIRNESS**
1310 L Street NW, 7th Floor
Washington, DC 20005
Email: ted.frank@cei.org
Email: will.chamberlain@cei.org
Voice: (202) 331-2263

*Attorneys for Objector Anna St. John*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 15, 2017, service of this Notice of Appeal and Representation Statement was accomplished pursuant to the Court's electronic filing procedures by filing this document through the ECF system.

/s/ *William I. Chamberlain*
William I. Chamberlain