UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 13 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTHEW CAMPBELL; MICHAEL HURLEY, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs - Appellees,<br><br> v.<br><br>FACEBOOK, INC.,<br><br>       Defendant - Appellee,<br><br> v.<br><br>ANNA W. ST. JOHN,<br><br>       Objector - Appellant. | No. 17-16873<br><br>D.C. No. 4:13-cv-05996-PJH<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered March 03, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                          FOR THE COURT:

                                          MOLLY C. DWYER
                                          CLERK OF COURT

                                          By: Quy Le
                                          Deputy Clerk
                                          Ninth Circuit Rule 27-7